UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CV 06-3041 (MJD)

Association of Flight Attendants
-CWA, AFL-CIO,

        Appellant,         CIVIL 06-cv-03041 (MJD)
                                      Bky. No. 05-39258

v.

Mesaba Aviation, Inc.,
dba Mesaba Airlines,

        Appellee.

Airline Pilots Association International,

                                        CIVIL 06-cv-03042 (MJD)
        Appellant,         Bky. No. 05-39258

v.

Mesaba Aviation, Inc.,
dba Mesaba Airlines,

        Appellee.

Aircraft Mechanics Fraternal Association,

                                        CIVIL 06-cv-03043 (MJD)
        Appellant,         Bky. No. 05-39258

v.

Mesaba Aviation, Inc.,
dba Mesaba Airlines,

        Appellee.

**ORDER GRANTING APPELLEE'S MOTION TO FILE OVERLENGTH BRIEF**

      This matter is before the Court on Appellee's Motion to File Overlength Brief by Appellee Mesaba Aviation, Inc. ("Mesaba").

      This Court has reviewed the submission and is otherwise duly advised in the premises. Based upon the foregoing, IT IS HEREBY ORDERED:

1. The motion (ECF Docket No. 26) is granted.

2. Appellee Mesaba Aviation, Inc. is permitted to file a brief containing 27,300 words in response to the Unions' initial brief.

Dated: July 27, 2006                    BY THE COURT:


                                        s / Michael J. Davis
                                        Michael J. Davis, Judge
                                        United States District Court