**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
CV 06-3041 (MJD)

ASSOCIATION OF FLIGHT ATTENDANTS,

    Plaintiff,

vs.                                                                                       Civil No. 06-3041 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

AIRLINE PILOTS ASSOCIATION,

    Plaintiff,

vs.                                                                                       Civil No. 06-3042 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION,

    Plaintiff,

vs.                                                                                       Civil No. 06-3043 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

**ORDER GRANTING LEAVE TO FILE CONVENTIONALLY**

---

This matter came before the Court on Application to File Conventionally ("Application") filed by the Air Line Pilots Association, International, the Association of Flight Attendants-CWU, AFL-CIO, and the Aircraft Mechanics Fraternal Association

(collectively, the "Appellants").  Appearances, if any, were as noted for the record.  The Court has reviewed the submissions of the parties, has heard the arguments of counsel, and is otherwise duly advised in the premises.  Based upon the foregoing, IT IS HEREBY ORDERED:

1. The Application is GRANTED.

2. The Appellants are authorized to conventionally file all of the exhibits appearing in the appendix to their joint appellate brief, and will not be required to file the same electronically.


Dated:     July 28, 2006,

                 sMichael J. Davis
             HONORABLE MICHAEL J. DAVIS
             United States District Court Judge