UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CV 06-3041 (MJD)

ASSOCIATION OF FLIGHT ATTENDANTS,

    Plaintiff,

vs.                                                                              Civil No. 06-3041 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

AIRLINE PILOTS ASSOCIATION,

    Plaintiff,

vs.                                                                              Civil No. 06-3042 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION,

    Plaintiff,

vs.                                                                              Civil No. 06-3043 (MJD)

MESABA AVIATION, INC.,

    Defendant.

---

**ORDER FOR ADMINISTRATIVE CONSOLIDATION OF APPEALS**

---

    This matter came before the Court on Application for Administrative Consolidation of Appeals ("Application") filed by the Air Line Pilots Association, International, the Association of Flight Attendants-CWU, AFL-CIO, and the Aircraft Mechanics Fraternal Association (collectively, the "Appellants"). Appearances, if any,

were as noted for the record.  The Court has reviewed the submissions of the parties, has heard the arguments of counsel, and is otherwise duly advised in the premises.  Based upon the foregoing, IT IS HEREBY ORDERED:

1. The Application [Docket No. 34] is GRANTED.

2. The three dockets currently maintained by the Clerk's office are to be consolidated, such that any pleading previously filed in one of the cases will be deemed to have been filed in the other two.

3. From and after entry of this order, all pleadings filed in any one of these appeals are to be filed under Case No. 06-3041

BY THE COURT


Dated:<u>August 2, 2006</u>            <u>s / Michael J. Davis</u>
                                HONORABLE MICHAEL J. DAVIS
                                United States District Court Judge

2